ANGELO SIMONI AND ALVINA SIMONI v. MEYER PRODUCTS, INC., AND SOUTH JERSEY GAS COMPANY.

October 16, 1973. Petition for certification denied.

ANGELO SIMONI AND ALVINA SIMONI v.
SOUTH JERSEY GAS COMPANY AND CITY OF MILLVILLE.

October 16, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM TOLAND.

October 16, 1973. Petition for certification denied.

PETER OCHENKOWSKI v. BOARD OF REVIEW.

October 16, 1973. Petition for certification denied.

PETER OCHENKOWSKI v. BOARD OF REVIEW AND CORONA LIGHTOLIER CORPORATION.

October 16, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH DALONGES.

October 16, 1973. Petition for certification granted.